```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
```

**FILED**

FEB 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 05-33-3 JAM |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] RELEASE ORDER |
| v. | ) Date: February 16, 2010 |
|  | ) Time: 9:30 a.m. |
| LINA PAK, | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

On February 16, 2010, this matter came before the Court for sentencing. The Court imposed a sentence of time served.

Counsel for Ms. Pak has consulted with counsel for the United States. Counsel agree that the Court should order Ms. Pak's release.

Good cause appearing therefor,

**IT IS ORDERED** that Ms. Pak be released from federal custody immediately.

Dated: 2-18-2010

_____
JOHN A. MENDEZ
United States District Judge

[PROPOSED] RELEASE ORDER            1                           05-33-3 JAM